September 4, 1973

No. 73-39 Robert J. Harris, SGT, U. S. Marine Corps v. United States.

On consideration of the Petition for Extraordinary Relief and of the Government Response to Order to Show Cause filed in the above-entitled action, it appearing that the record of trial has been authenticated and returned to the United States Navy Court of Military Review as directed by its Order of June 13, 1973, and thus, that the relief sought by petitioner has been obtained, it is, by the Court, this 4th day of September 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed as moot.

September 7, 1973

No. 73-45 Charles P. Jackson, PFC, U. S. Marine Corps v. RADM L. R. Geis, USN, Commander, Tactical Air Atlantic, Jacksonville, Florida.

On consideration of the Petition for Extraordinary Relief, and of documents filed on behalf of respondent in response to this Court's Order of August 31, 1973, it is, by the Court, this 7th day of September 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed as moot. This action is without prejudice to the right of petitioner to raise the issue presented in said petition by appropriate assignment before the United States Navy Court of Military Review, and

thereafter, in a Petition for Grant of Review addressed to this Court, if the same be considered necessary or appropriate.

September 11, 1973

No. 73-48 Richard A. Anderson, CWO, U. S. Army v. COL William H. Hamilton, Commander, HQ USAG, Yong Son, Korea, APO 96301.

On consideration of the "Petition for Extraordinary Relief" filed in the above-entitled action it appearing that accused seeks relief in the form of a Writ of Mandamus requiring the respondent to complete and act upon the record of petitioner's trial by general court-martial conducted on March 6 through 15, 1973, and it further appearing that said trial resulted in a conviction and a sentence of forfeiture of $300.00 per month for 6 months, a sentence which does not require further review by the Court of Military Review or permit review by this Court on petition of the petitioner pursuant to Article 67(b)(3), Uniform Code of Military Justice, it is, by the Court, this 11th day of September 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed for lack of jurisdiction. United States v. Snyder, 18 USCMA 480, 40 CMR 192 (1969).

Judge Duncan would issue an Order to Show Cause why the relief requested should not be granted. United States v. Bevilacqua, 18 USCMA 10, 39 CMR 10 (1968).